**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


TIENNA SMITH                      :           CIVIL ACTION
                                  :
                                  :
                                  :
                                  :
            v.                    :
                                  :
EXCEL HOME CARE, et al            :           21-cv-1130


**O R D E R**


**AND NOW,** this 8th day of November 2021, having been reported that the issues between the parties in the above action have been settled and upon Order of the Court, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is


**ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                                  BY THE COURT:


                                  */s/ Carol Sandra Moore Wells*
                                  CAROL SANDRA MOORE WELLS
                                  UNITED STATES MAGISTRATE JUDGE